United States District Court
Southern District of Texas
**ENTERED**
August 11, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

GLADIS FRANCISCA CUC-PAXTOR,  §
ROSA SON-CUC, and GLADIS      §
ADRIANA SON-CUE,              §
                              §
                              §
    Petitioners,              §
                              §
VS.                           §    CIVIL ACTION NO. 4:26-CV-01334
                              §
KRISTI NOEM, *et al.*,        §
                              §
    Respondents.              §

### ORDER OF DISMISSAL AND CASE CLOSURE

Based on the representations and evidence showing that Petitioners Gladis Francisca Cuc-Paxtor, Rosa Son-Cuc, and Gladis Adriana Son-Cue have been released on bond and that this case may be closed, it is hereby **ORDERED** that this case is **DISMISSED**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED on this _____ day of August 2026.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

1 / 1